**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

Shayma Alzubi                                             §
                    *Plaintiff*                          §
                                                         §
                                                         §
                    v.                                   §    Case No. 4:26-cv-00838
                                                         §
                                                         §
Fort Worth Independent School District                   §
                    *Defendant*                          §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**      Applicant is an attorney and a member of the law firm of (or practices under the name of)

CAIR Legal Defense Fund                                                        , with offices at

453 New Jersey Avenue, SE
(Street Address)

Washington                                          DC                    20003
(City)                                              (State)               (Zip Code)

(202) 516-4724                                      (202) 379-3317
(Telephone No.)                                     (Fax No.)

**II.**     Applicant will sign all filings with the name Hufsa Husain                                   .

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Shayma Alzubi

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 90021903             Admission date: February 6, 2024

| For Court Use Only. |
|---|
| Bar Status Verified: |
| _____ |

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Massachusetts State Bar | 01/15/2025 | Active |
| Eastern District of Michigan | 06/18/2026 | Active |
| | | |
| | | |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

Jason C.N. Smith                                                              , who has offices at

612 Eighth Avenue
(Street Address)

Fort Worth                                        TX                    76104
(City)                                             (State)                (Zip Code)

(817) 334-0880                                    (817) 334-0898
(Telephone No.)                                    (Facsimile No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☑     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐     Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the     13     day of July                              , 2026          .

Hufsa Husain
Printed Name of Applicant

s/ Hufsa Husain
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Hufsa Kamran Husain*

*was duly qualified and admitted on February 6, 2024 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on June 15, 2026.**

**JULIO A. CASTILLO
Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*