**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**

Shayma Alzubi _____  §
                  *Plaintiff*                        §
                                                     §
                                                     §
                                                     §
          v.                                         §    Case No. 4:26-cv-00838 _____
                                                     §
                                                     §
Fort Worth Independent School District               §
                  *Defendant*                        §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**      Applicant is an attorney and a member of the law firm of (or practices under the name of)

CAIR Legal Defense Fund _____, with offices at

453 New Jersey Avenue, SE _____
(Street Address)

Washington _____     DC _____     20003 _____
(City)                                      (State)           (Zip Code)

(720) 251-0425 _____     (202) 379-3317 _____
(Telephone No.)                            (Fax No.)

**II.**     Applicant will sign all filings with the name  Gadeir Abbas _____.

**III.**    Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Shayma Alzubi

to provide legal representation in connection with the above-styled matter now pending before the United

States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____Virginia_____, where Applicant regularly practices law.

Bar license number:_ 81161_____    Admission date:_ November 15, 2010_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

| For Court Use Only. Bar Status Verified: |
|---|
| _____ |

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Arkansas Eastern District Court | 11/15/2018 | Active |
| Illinois Northern District Court | 4/23/2021 | Active |
| Maryland District Court | 12/15/2017 | Active |
| See Attached Sheet | | |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A _____    _____

_____        _____

_____        _____

(If necessary, attach statement of additional applications.)


**X.**    Local counsel of record associated with Applicant in this matter is

Jason C.N. Smith _____, who has offices at

612 Eighth Avenue _____
(Street Address)

Fort Worth _____    TX _____    76104 _____
(City)                                    (State)         (Zip Code)

(817) 334-0880 _____    (817) 334-0890 _____
(Telephone No.)                        (Facsimile No.)


**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✔]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.


**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    13    day of July _____, 2026 ____.


Gadeir Abbas _____
Printed Name of Applicant

s/ Gadeir Abbas _____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

V. Applicant has also been admitted to practice before the following courts:

| Court | Admission Date | Active or Inactive |
| --- | --- | --- |
| Michigan Eastern District Court | 1/10/2023 | Active |
| Missouri Eastern District Court | 3/14/2023 | Active |
| Oklahoma Western District Court | 3/15/2023 | Active |
| Texas Eastern District Court | 8/1/2024 | Active |
| Texas Southern District Court | 4/11/2024 | Active |
| Texas Western District Court | 4/11/2019 | Active |
| Virginia Eastern District Court | 8/16/2013 | Active |
| Virginia Western District Court | 3/31/2023 | Active |
| Wisconsin Eastern District Court | 6/25/2018 | Active |
| Fourth Circuit | 8/3/2012 | Active |
| Fifth Circuit | 11/26/2019 | Active |
| Sixth Circuit | 12/9/2011 | Active |
| Eighth Circuit | 1/9/2023 | Active |
| Ninth Circuit | 11/2/2020 | Active |
| Tenth Circuit | 5/31/2018 | Active |
| Supreme Court of the United States | 1/8/2024 | Active |

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **GADEIR IBRAHIM ABBAS** IS AN ACTIVE MEMBER OF THE VIRGINIA

STATE BAR IN GOOD STANDING.  **GADEIR IBRAHIM ABBAS** WAS LICENSED TO PRACTICE LAW IN

VIRGINIA ON **NOVEMBER 15, 2010,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN

BY THE BOARD OF BAR EXAMINERS.

Issued July 13, 2026



DaVida M. Davis
**Director of Regulatory Compliance**